■ Veera Madhure, Individually and as Personal Representative of the Estate of Bhavana Madhure, Deceased, and as Parent and Natural Guardian of Neena Madhure, an Infant, Respondent, v Michael R. Grasley, Defendant, and William D. Struzzi et al., Appellants. [807 NYS2d 915]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered July 18, 2005 in a personal injury action. The order denied the motion of defendants William D. Struzzi and Richard J. Struzzi for summary judgment dismissing the complaint against them.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for

reasons stated at Supreme Court. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Green, JJ.